■ In the Matter of DAVID DAVIS, Petitioner, v. MANUEL GOMEZ et al., Respondents.— Application pursuant to CPLR article 78 in the nature of prohibition or mandamus unanimously denied, the cross motion of respondent Assistant District Attorney granted, and the petition dismissed, without costs and without disbursements. No opinion. Concur — McGivern, J. P., Markewich, Nunez, Kupferman and Murphy, JJ.

■ GREGORIO ALEJANDRO v. MARKS WOODWORKING MACHINERY CO., INC., et al.— Application for leave to appeal granted. Concur — Kupferman, Murphy, McNally and Steuer, JJ.; Nunez, J. P., dissents and would deny leave to appeal.